IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN J. NEWBY,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security
Administration,

        Defendant.

6:15-cv-02317-CL

ORDER

MCSHANE, Judge:

      Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 22), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Commissioner filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 22) is adopted. The Commissioner's decision is REVERSED and REMANDED for the reasons stated in Judge Clarke's Findings and Recommendation.

IT IS SO ORDERED.

DATED this 3rd day of May, 2017.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge