IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN J. NEWBY,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security
Administration,

        Defendant.

6:15-cv-02317-CL

ORDER[1]

MCSHANE, Judge:

        Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 35), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Commissioner filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp.*

---

[1] Attorney Nancy Meserow informed the Court the order granting fees in places misspelled her name. That order is stricken and replaced with this order containing the correct spelling.

1 –ORDER

*v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 35) is adopted. EAJA fees in the amount of $14,122.54 are awarded to Plaintiff in care of his attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nance J. Meserow, subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). In addition, Plaintiff is awarded $9.00 for postage expenses and $10.00 in photocopying costs pursuant to 28 U.S.C. 1920. Any check issued for EAJA fees or for costs and expenses shall be sent to Plaintiff in care of his attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland Or 97210

IT IS SO ORDERED.

DATED this 24th day of October, 2017.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge