IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RYAN NEWBY

      Plaintiff,

v.

NANCY A. BERRYHILL,
(Acting) COMMISSIONER
SOCIAL SECURITY ADMINISTRATION,

      Defendant.
_____

Civ. No. 6:15-cv-02317- CL

ORDER TO PAY
SUPPLEMENTAL EAJA FEES

McShane, Judge:

Based on Plaintiff's Motion, and representation that it is unopposed by Defendant and pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, $2,576.74 is hereby awarded to Plaintiff as Supplemental EAJA fees, and the check for Supplemental EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Any check issued shall be mailed to Plaintiff's counsel, Nancy J. Meserow, at her office:

Law Office of Nancy J. Meserow:
7540 S.W. 51st Ave.
Portland, OR
97219

IT IS SO ORDERED.

DATED this 15ht day of November, 2017.

                 _s/Michael J. McShane_
                 Michael J. McShane
                 United States District Court Judge